IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL A. RODRIGUEZ PORTILLO,<br><br>    Defendant. | 4:18-CR-3035<br><br>ORDER |

For the reasons stated in the Federal Public Defender's motion to withdraw (filing 42) and the Probation Office's retroactive sentencing worksheet (filing 43), the Court finds that the defendant is not eligible for a sentence reduction pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Accordingly,

IT IS ORDERED:

1. The Federal Public Defender's motion to withdraw (filing 42) is granted.

2. The defendant's *pro se* motion to reduce sentence (filing 38) is denied.

3. The Clerk of the Court shall provide a copy of this order to the defendant at the defendant's last known address.

Dated this 28th day of June, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge